```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

MARK MONROE                                              PETITIONER

VS.                              CIVIL ACTION NO.  5:11cv123-DCB-RHW

ARCHIE LONGLEY                                           RESPONDENT

<u>ORDER</u>

  This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

  IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Robert H. Walker be, and the same is hereby, adopted as the finding of this Court, and Petitioner's 28 U.S.C. §2241 petition should be denied.

  A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

  SO ORDERED, this the __9th__ day of July, 2012.

                <u>s/ David Bramlette</u>
                UNITED STATES DISTRICT JUDGE